No. 79–6527. REED v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–1553. COLEMAN v. MONTANA. Sup. Ct. Mont.; and

No. 79–5975. BOWEN v. GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: No. 79–1553, — Mont. —, 605 P. 2d 1000; No. 79–5975, 244 Ga. 495, 260 S. E. 2d 855.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 79–1190. LASALLE NATIONAL BANK, TRUSTEE, ET AL. v. PEOPLES GAS LIGHT & COKE CO., 445 U. S. 943. Petition for rehearing denied.

No. 79–6018. STEELE v. BARRETT ET AL., 445 U. S. 933. Motion for leave to file petition for rehearing denied.